**Electronically Filed
Intermediate Court of Appeals
CAOT-16-0000220
04-FEB-2026
08:06 AM
Dkt. 13 ODSLJ**

NO. CAOT-16-0000220

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ARWIN R. ECHINEQUE, Petitioner,
v.
STATE OF HAWAIʻI, Respondent.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NOS. 1CC121003182; 1PC061001633)

ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Leonard, Presiding Judge, Hiraoka and McCullen, JJ.)

Upon consideration of self-represented Petitioner Arwin R. **Echineque**'s numerous complaints filed in CAOT-16-0000220,[1] the papers in support, and the record and files herein, it appears as follows:

 (1) Echineque identifies Civil No. 12-1-3182 (1CC121003182) and Criminal No. 06-1-1633 (1PC061001633) as underlying cases;

 (2) Echineque asserts he suffered weight-lifting injuries while imprisoned for a 2007 conviction for Assault in the Second Degree and Terroristic Threatening in the Second Degree in Criminal No. 06-1-1633;

 (3) Echineque seeks one million dollars in damages;

 (4) To the extent Echineque seeks to initiate a civil claim, this court lacks original jurisdiction to

---

[1] Echineque filed "complaints" herein on March 23, 2016, April 27, 2016, May 24, 2016, August 25, 2016, October 7, 2016, and November 9, 2016.

hear his claims, see Hawaiʻi Revised Statutes 602-57 (2016); and

(5) To the extent Echineque seeks an appeal from a decision in Civil No. 12-1-3182 or Criminal No. 06-1-1633, none of the "complaints" can be construed, even liberally, as appealing from any particular order or judgment entered in either case.

Therefore, IT IS HEREBY ORDERED that CAOT-16-0000220 is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that the appellate clerk shall mail a copy of this order to Craig Iha, Deputy Attorney General, Supervisor, Public Safety, 425 Queen Street, Honolulu, HI 96813.

DATED:  Honolulu, Hawaiʻi, February 4, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge